## People of the State of Illinois ex rel. J. D. Mikel, Appellee, v. Illinois Racing Commission et al., Appellants.

### Gen. No. 40,845.

Heard in third division, first district, at October term, 1939; opinion filed February 14, 1940. John E. Cassidy, Attorney General, for appellants; Earl B. Dickerson, William C. Clausen, James J. Teborek and Loring B. Moore, Assistant Attorneys General, of counsel; Charles J. Michal and John T. Murray, for appellee. Opinion by JUSTICE HEBEL. "Not to be published in full."